UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )    Case No. 4:11-cv-00307 HEA |
| TWO HUNDRED TWENTY-ONE THOUSAND, NINE HUNDRED DOLLARS ($221,900.00) U.S. CURRENCY, et al. | ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER FOR INTERLOCUTORY SALE OF PROPERTY

WHEREAS the of the United States and Claimants Jigar Patel, Jayant Patel, and SAI Enterprises ("Claimants") have moved this Court for an Order for Interlocutory Sale of Property;

AND WHEREAS Claimants have filed claims in the instant proceeding asserting an ownership interest in Defendants Six Thousand, Seven Hundred, Sixty-Two (6,762) Cartons of Assorted Cigarettes; Three Hundred Six (306) Packs of Assorted Cigarettes; Four (4) Cartons of Assorted Cigarettes; Nine Hundred Fifty (950) Cartons of Assorted Cigarettes; and Two Hundred Five (205) Packs of Assorted Cigarettes (together, the "Subject Property"), and the time for any other party to file a claim to said property has expired;

AND WHEREAS this Court has authority pursuant to 18 U.S.C. § 981(g)(6) and Supplemental Rule G(7)(b) of the Federal Rules of Civil Procedure to enter an order providing for the interlocutory sale of property in order to preserve its value;

IT IS HEREBY ORDERED:

1. The United States shall sell the Subject Property to the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") for the price of $124,275.00.

2. The proceeds of the sale ($124,275.00) shall be deposited into the Department of Justice Seized Asset Deposit Fund and shall thereafter serve as a substitute *res* in this proceeding for the Subject Property.

IT IS SO ORDERED on this 12th day of October, 2011.

_____
THE HONORABLE HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE